UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL GOLD MINING LLC and
GLOBAL GOLD CORPORATION                    Case No:     18-cv-04419
          Petitioners,

   v.

CALDERA RESOURCES, INC.,

          Respondent.

---

Declaration of Solomon A. Frager, Esq. in Support of Petition and Complaint to Confirm Arbitration Award

I, Solomon A. Frager, declare as follows:

1. I am admitted to practice in the United States District court for the Southern District of New York and am an Associate of the firm of Dorf & Nelson LLP, counsel for Petitioners Global Gold Mining LLC and Global Gold Corporation (together, "Global Gold"). I submit this declaration to place before the Court certain documents and information in support of Global Gold's Petition to Confirm Arbitration Award.

2. A true and correct copy of the Final Award issued by arbitrator Herman Cahn, retired Justice of the Supreme Court of the State of New York, New York County, on November 10, 2014, in an arbitration held under the rules of the International Centre for Dispute Resolution, American Arbitration Association, bearing ICDR Case No. 50 2010 00674 is annexed to the Frager Decl. as **Exhibit 1.**

3. A true and correct copy of the Joint Venture agreement dated March 24, 2010 (the "JV Agreement") is annexed hereto as **Exhibit 2.**

4. A true and Correct Copy of the Partial Final Award issued by arbitrator Herman Cahn, retired Justice of the Supreme Court of the State of New York, New York County, on March 29, 2012 in an arbitration held under the rules of the International Centre for Dispute Resolution, American Arbitration Association, bearing ICDR Case No. 50 180 T 00674 10 is annexed hereto as **Exhibit 3.**

5. A true and correct copy of Global Gold's Petition to Confirm Arbitration Award dated April 23, 2012, is annexed hereto as **Exhibit 4.**

6. A true and correct copy of Caldera Resources Inc.'s ("Caldera") Petition to Contest Petitioner's Petition to Confirm Arbitration Award and Respondent's Motion to Vacate or Modify Arbitration Award dated June 26, 2012, is annexed hereto as **Exhibit 5.**

7. A true and correct copy of the Opinion and Order of the Honorable Kenneth M. Karas dated April 15, 2013, is annexed hereto as **Exhibit 6.**

8. A true and correct copy of the Armenian Court's Confirmation Order dated June 20, 2016, is annexed hereto as **Exhibit 7.**

Executed this 17th day of May, 2018 in Rye, New York

_____
Solomon A. Frager